The People of the State of New York, Respondent, *v.*
Lottie Ross, Appellant.

*People* v. *Ross,* 140 App. Div. 946, affirmed.
(Submitted January 6, 1911; decided January 27, 1911.)

Appeal from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered September 13, 1910, which affirmed a judgment of the Albany
County Court rendered upon a verdict convicting the defendant of the crime of abduction.

*William E. Woollard* for appellant.

*Rollin B. Sanford, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD
BARTLETT, HISCOCK, CHASE and COLLIN, JJ.